CMRE Financial
3075 E Imperial Hwy
Suite 200
Brea, CA 92821